DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:01-CR-00101(HRH) |
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| PHILLIP D. TITUS, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA     )
                    ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $7,170.53 was imposed on November 14, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against PHILLIP D. TITUS as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

     5.   ACCRUED since the entry of judgment are the following sums:

        $0.00    accrued interest, computed at 0%.

        $195.00   accrued costs.

     6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

        $5,730.92 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

     7.   $1,634.61 ACTUALLY DUE on June 9, 2006. Of this total, $1,439.61 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

     8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

     9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

     10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

//

U.S. vs. PHILLIP D. TITUS
Case No.: 3:01-CR-00101(HRH)

DATED this 16th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


*Richard L Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

[Notary Seal: TRACI ROSS, NOTARY PUBLIC, STATE OF ALASKA]

U.S. vs. PHILLIP D. TITUS
Case No.: 3:01-CR-00101(HRH)