IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>PHILLIP D. TITUS,<br><br>                      Defendant. | Case No. 3:01-cr-1O1-HRH<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED:_____                          /s/ H. Russel Holland_____
                                                                         H. RUSSEL HOLLAND
                                                                         JUDGE U.S. DISTRICT COURT