IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )
                                   )
PHILLIP D. TITUS,                  )
                                   )          No. 3:01-cr-0101-HRH
                    Defendant.     )
_____)

ORDER TO RELEASE PFD FUNDS

          Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

          The attached funds, in the amount of $1,104.96, be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

          IT IS SO ORDERED.

          DATED at Anchorage, Alaska, this 22nd day of January, 2007.


                              /s/ H. Russel Holland
                              United States District Judge

---

[1]    Clerk's Docket No. 57.

- 1 -